**Order entered November 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00228-CV

### JOSE FUENTES CO., INC., D/B/A GLORIA'S, ET AL, Appellants

### V.

### MARIO SABINO'S, INC., ET AL, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13240**

## ORDER

Before us is appellants' September 20, 2012 motion to strike from the appellate record the reporter's record from a hearing conducted on an application for temporary injunction in the trial court below. Because the record sought to be struck played no part in the decision of this court issued this same date, we **DENY AS MOOT** appellants' motion to strike.

/David Evans/
DAVID EVANS
JUSTICE